UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UMBERTO MORALES GOMEZ,<br><br>             Petitioner,<br><br>    v.<br><br>NATHALIE R. ASHER, et al.,<br><br>             Respondents. | Case No. C14-977-JCC-BAT<br><br>**REPORT AND RECOMMENDATON** |

Umberto Morales Gomez filed a habeas petition pursuant to 28 U.S.C. § 2241, and a motion for preliminary injunction, seeking release from the Northwest Detention Center. *See* Dkts. 1 and 2.  He has since been released under an Order of Supervision. *See* Dkt. 10-1. Because he has already been given the relief sought, his habeas petition and motion for preliminary injunction are moot. *See Flores-Torres v. Mukasey*, 548 F.3d 708, 710 (9th Cir. 2008).  Accordingly, the Court recommends **GRANTING** respondents' motion to dismiss, Dkt. 10; **DENYING** petitioner's habeas petition, Dkt. 1, and motion for preliminary injunction, Dkt. 2; and **DISMISSING** this action without prejudice.  A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation may be filed and served upon all parties no later than **October 1, 2014.**  The Clerk should note the matter for **October 3, 2014**, as ready

REPORT AND RECOMMENDATON- 1

1 for the District Judge's consideration if no objection is filed.  If objections are filed, any response
2 is due within 14 days after being served with the objections.  A party filing an objection must
3 note the matter for the Court's consideration 14 days from the date the objection is filed and
4 served.  The matter will then be ready for the Court's consideration on the date the response is
5 due.  Objections and responses shall not exceed five (5) pages.  The failure to timely object may
6 affect the right to appeal.

       DATED this 17th day of September, 2014.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATON- 2