THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UMBERTO MORALES GOMEZ,<br><br>Petitioner,<br><br>v.<br><br>NATHALIE R. ASHER,<br><br>Respondent. | CASE NO. C14-0977-JCC<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, the Court finds and Orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) Respondents' motion to dismiss (Dkt. No. 10) is GRANTED.

(3) Petitioner's habeas petition (Dkt. No. 1) and motion for preliminary injunction (Dkt. No. 2) are DENIED as moot, and this action is DISMISSED without prejudice.

(4) The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

//

//

1    DATED this 7th day of October 2014.

2

3

4

5

6

7                                                John C. Coughenour
8                                                UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2